**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Adela BAEZ**<br>DOB: 1986; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-05815MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 28, 2023, at or near Lukeville, in the District of Arizona, **Adela BAEZ** did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 28, 2023, at approximately 10:30 a.m., **Adela BAEZ** entered the United States from the Republic of Mexico through the Lukeville, Arizona Port of Entry (POE) as the driver and registered owner of a 2017 Chevrolet Traverse bearing an Arizona license plate. **BAEZ** was accompanied by her two minor children. The Customs and Border Protection Officer (CBPO) assigned to primary inspection observed **BAEZ's** hand shaking uncontrollably when she presented her Lawful Permanent Resident document. The CBPO also noticed **BAEZ** was avoiding eye contact. The CBPO requested a Canine Enforcement Officer (CEO) to conduct a free-air sniff of the vehicle. The CEO canine, trained to alert to the odor of narcotics, alerted to a trained odor emanating from the driver's side wheel well. The primary CBPO then took two (2) negative customs declarations from **BAEZ** and directed her vehicle to the secondary inspection area.

In secondary inspection, another CBPO asked **BAEZ** whom the vehicle belonged to and if everything in the vehicle belonged to her. **BAEZ** responded, "This is my truck." and "Yes, this is all our stuff." The CBPO asked **BAEZ** if she had any recent mechanical work done to the vehicle and **BAEZ** replied "no, nothing like that was done to my truck." The CBPO then inspected the gas tank with a fiber optic scope and discovered what appeared to be suspected narcotics packages concealed within the tank. CBPOs removed the gas tank and discovered several packages wrapped in a clear vacuum sealed plastic bag. A total of thirty-two (32) packages were removed from the gas tank of the vehicle. A representative sample of the contents of the packages tested positive for the characteristics of fentanyl. The fentanyl had total weight of 33.12 kilograms. A tracker was also discovered wired into the steering column.

Agents also learned that **BAEZ** lives in Mexico full-time and her United States' address that she used on her identification and car registration is a friend's address. Given the size of the gas tank and the amount of drug packages, the space for fuel in the tank would be limited and driving the vehicle would have caused the driver to need fuel more often.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>BRYANT E BENZ   Digitally signed by BRYANT E BENZ<br>Date: 2023.03.29 11:51:08 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>SA Bryant Benz<br>Homeland Security Investigations |
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] *(signature)* | DATE<br>March 29, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewed by AUSA: Price