1 GARY M. RESTAINO
United States Attorney
2 District of Arizona
RENDA C. MAGINNIS
3 Assistant U.S. Attorney
United States Courthouse
4 405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
5 Telephone: 520-620-7300
Email: renda.maginnis@usdoj.gov
6 Attorneys for Plaintiff

FILED
2023 APR 26 PM 4: 34
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00574 TUC-JGZ(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Adela Baez,<br><br>            Defendant. | **INDICTMENT**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Fentanyl)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2<br><br>21 U.S.C. § 963<br>(Conspiracy to Import Fentanyl)<br>Count 3<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(3)<br>(Importation of Fentanyl)<br>Count 4 |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about March 28, 2023, in the District of Arizona, ADELA BAEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl,

a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 28, 2023, in the District of Arizona, ADELA BAEZ did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

Beginning at a time unknown, to on or about March 28, 2023, in the District of Arizona, ADELA BAEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about March 28, 2023, in the District of Arizona, ADELA BAEZ did knowingly and intentionally import into the United States from the Republic of Mexico a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

A TRUE BILL

/ S /
FOREPERSON OF THE GRAND JURY
Date: April 26, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona
/ S /
RENDA C. MAGINNIS
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE